IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01944-BNB

JOHN J. McCARTHY,

Applicant,

v.

WARDEN,

Respondent.

ORDER

Applicant has filed *pro se* on November 3, 2008, "Applicant's Objection to Order Directing Applicant to File Amended Pleading." Applicant objects to an order entered in this action by Magistrate Judge Boyd N. Boland on October 22, 2008. Magistrate Judge Boland reviewed the documents filed by Applicant and determined that Applicant must file an amended pleading in order to clarify the specific claims he is raising in this action. In his objections, Applicant contends that Magistrate Judge Boland lacks authority to dismiss this action; that he was not advised of any substantive deficiency in a prior order to cure deficiencies in this action; and that he has provided all of the relevant information and the Court should obtain any additional information from the government. For the reasons stated below, the objections will be overruled.

Pursuant to 28 U.S.C. § 636(b)(1)(A) a judge may reconsider any pretrial matter designated to a magistrate judge to hear and determine where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law. The Court has

reviewed the file and finds that Magistrate Judge Boland's October 22 order is not clearly erroneous or contrary to law. Therefore, Applicant's objections will be overruled. Accordingly, it is

ORDERED that "Applicant's Objection to Order Directing Applicant to File Amended Pleading" filed on November 3, 2008, is overruled. It is

FURTHER ORDERED that Applicant shall have **thirty (30) days from the date of this order** to file an amended pleading as directed if he wishes to pursue his claims in this action.

DATED at Denver, Colorado, this 12 day of November, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01944-BNB

John J. McCarthy
Reg. No. 38051-066
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 11/13/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk