# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01944-ZLW

JOHN J. McCARTHY,

Applicant,

v.

WARDEN,

Respondent.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB -2 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

Applicant's "Motion for Judgment" filed on January 30, 2009, is DENIED as moot because the Judgment in this action was entered on January 28, 2009.

Dated: February 2, 2009

Copies of this Minute Order mailed on February 2, 2009, to the following:

John J. McCarthy
Reg. No. 38051-066
USP - Florence
PO Box 7000
Florence, CO 81226

Secretary/Deputy Clerk